## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROSIE ROMERO, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DARDEN RESTAURANTS, INC., a Florida corporation,<br><br>　　　　　　Defendant. | )<br>)<br>)　Case No. 0:17-cv-61098-MGC<br>)<br>)　Hon. Judge Marcia G. Cooke<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff Rosie Romero, individually and on behalf of a class of similarly situated individuals, and Defendant Darden Restaurants, Inc., that this cause may be dismissed without prejudice, with each of the respective parties herein to bear their own attorneys' fees and costs.

Dated: August 1, 2017

/s/ Scott D. Owens
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

Dated: August 1, 2017

s/ *David Almeida*
David S. Almeida, Esq.
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF, LLP,
333 West Wacker Dr., Ste. 1900
Chicago, IL 60606
Tel: (312) 212-4949
Fax: (312) 767-9192
dalmeida@beneschlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                              By: s/ Scott D. Owens
                                                  Scott D. Owens, Esq.