UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-61098-Civ-COOKE/GOODMAN**

ROSIE ROMERO, on behalf of herself
and others similarly situated,

      Plaintiff

vs.

DARDEN RESTAURANTS, INC.,

      Defendant.

_____/

**ORDER OF DISMISSAL**

      THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorneys' fees and costs. *See* Joint Stipulation of Dismissal without Prejudice, ECF No. 24. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

      **DONE and ORDERED** in chambers, at Miami, Florida, this 10th day of August 2017.

                                              */s/ Marcia G. Cooke*
                                            MARCIA G. COOKE
                                            United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*